UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 06-1466-MA  **Proceeding Date:** February 15, 2007

**Case Title:** ABDU S. HASSEN  v. MICHAEL J. ASTRUE

**Presiding Judge**: Malcolm F. Marsh  **Courtroom Deputy**: Connie Armstrong

**Reporter:**  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket** Entry:

Defendant's Motion (#9) to Dismiss will be under advisement on March 15, 2007.

**Document Number:** _____
**CIVIL MINUTES**

Revised February 15, 2007                                    Honorable Malcolm F. Marsh